1  James D. Weakley, Esq.       Bar No. 082853
   Erica M. Camarena, Esq.      Bar No. 227981
2
   THE LAW FIRM OF
3  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California   93710
5
   Telephone: (559) 221-5256
6  Facsimile:  (559) 221-5262

7  Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, MICHAEL MANFREDI,
                MARCUS K. TAFOYA, BELINDA ANAYA
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| CLAUDIA RENDON, GEORGE RENDON, PRISCILLA RENDON, LAWRENCE RENDON, RICARDO RENDON, JOHN NUNEZ, JR., ALFRED HERNANDEZ, AND VIVIAN CENTENO,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; MICHAEL MANFREDI, individually and in his official capacity as Police Sergeant for the Fresno Police Department; MARCUS K. TAFOYA, individually and in his official capacity as Police Officer for the Fresno Police Department; BELINDA ANAYA, individually and in her official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____ | CASE NO.  1:06-cv-01851-OWW-NEW (TAG)<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br><br>First Amended Complaint Filed: 05/11/2007<br>Trial Date:   July 8, 2008 |

26      IT IS HEREBY STIPULATED by and between the parties through their respective

27  counsel that defendants are given an extension of time to file an answer to plaintiffs' First

28  Amended Complaint, filed in this Court on May 11, 2007.  This extension is necessary as

    defendants' lead counsel, James D. Weakley, is currently out of the country.

---

Stipulation and Order Extending the Date for
Defendants to File an Answer to Plaintiffs' FAC

1   The new deadline date for Defendants to file their answer is June 4, 2007.

2   IT IS HEREBY AGREED.

3   DATED: 05-15-07                           WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

4
                                              By:    /s/ Erica M. Camarena
5                                                    James D. Weakley
                                                     Erica M. Camarena
6                                                    Attorneys for Defendants

7
    DATED: 05-15-07                           KAPETAN BROTHERS
8

9                                             By:    /s/ Peter N. Kapetan - Authorized on 05-15-07
                                                     Peter N. Kapetan
10                                                   Attorneys for Plaintiffs

11

12                                      **ORDER**

13  IT IS SO ORDERED.

14  **Dated:   May 17, 2007**            _____/s/ Oliver W. Wanger_____
                                              UNITED STATES DISTRICT JUDGE
15

16

17

---

Stipulation and Order Extending the Date for
Defendants to File an Answer to Plaintiffs' FAC         2